UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL GOLD, INC., a California corporation, ) | |
| ) | Civil No. 2:07-cv-00192-WBS-KJM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| STEVE C. LAUBLY; BERNADETTE LAUBLY; ) | |
| UNITED STATES OF AMERICA, INTERNAL ) | |
| REVENUE SERVICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Upon review of the Unopposed Request by the United States for Extension of Time to File Disposition Papers filed with this Court, and good cause being shown:

IT IS HEREBY ORDERED that the parties shall have an extension of time to and through May 9, 2008 to file final disposition papers with the Court in the above referenced matter.

Dated: April 11, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Civil No. 2:07-cv-00192-WBS-KJM