UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL GOLD, INC., a California corporation, ) | |
| ) | Civil No. 2:07-cv-00192-WBS-KJM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| STEVE C. LAUBLY; BERNADETTE LAUBLY; ) | |
| UNITED STATES OF AMERICA, INTERNAL ) | |
| REVENUE SERVICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Upon review of the Stipulation of Dismissal filed with this Court, and in light of the Court's Order of February 5, 2008 granting the United States' Motion for Summary Judgment with respect to the United States' assumption of all rights of the Laubly defendants under the Agreement, and the findings in that Order that the Laublys neither asserted a claim to the funds nor answered the United States' cross-claim:

IT IS HEREBY ORDERED that the complaint of Norcal Gold, Inc. and claim to funds filed by the United States, are dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: May 9, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Civil No. 2:07-cv-00192-WBS-KJM